IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 11-cr-00349-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA COLE JOHNSON,

Defendant.

# ORDER

The defendant was charged by an Indictment [Doc. # 1] on August 29, 2011, under 18 U.S.C. §§ 922(g) and 924 with two counts of possession of a firearm by a prohibited person, and under 18 U.S.C. § 841 with three counts of possession of methamphetamine with intent to distribute. A warrant for his arrest was issued on the same day.

On October 13, 2011, the defendant, who apparently is in state custody, filed a Motion for Writ of Habius [sic] Corpus [Doc. # 3] seeking to be brought before this court to answer the federal charges. I ordered the United States to respond to the Motion. The Response states:

> [The defendant's] alleged state offenses were conducted after his alleged federal gun and drug violations. Since defendant Johnson's state offenses occurred after his alleged federal gun and drug charges, the government moves this Court to deny defendant Johnson's Motion for Writ of Habeas Corpus.

Response [Doc. # 6] at p. 1.

I take from this that the defendant is held in state custody for offenses other than (and unrelated to) his federal charges. The Response fails to address why the pendency of those later

state charges necessarily requires that the defendant remain in state custody and not be brought here to answer the federal charges, or how the decision is made as to which charges will be prosecuted first. Consequently, I require a further and more complete explanation as to why the state charges should proceed first and why the defendant should not be brought here at this time to answer the federal charges.

IT IS ORDERED that the United States shall file supplemental briefing on the issue by **October 26, 2011**.

Dated October 19, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge